AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**

June 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Joseph Hinojos_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CLEM, Bryan Patrick | ) | Case No.   **PE: 26-MJ-244** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 21, 2026_____ in the county of _____Brewster_____ in the _____West_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 111 (a)(1) | did forcibly resist by physical contact with uniformed U.S. Park Rangers in the performance of a lawful arrest for criminal offenses |
| 36 CFR 4.2(b) TPC § 38.04 | did intentionally flee from a person known to be a peace officer or federal special investigator attempting lawfully to arrest or detain |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caleb Johnston, US Park Ranger
_____
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

_____
*Judge's signature*

Date:   ____6/24/2026____

City and state:   ____Alpine,Texas____

Honorable Judge David Fannin
_____
*Printed name and title*

**Affidavit of Facts**

I, Officer Johnston, with the National Park Service, was on routine patrol in uniform and in a marked patrol car within Big Bend National Park on June 21, 2026. At approximately 2:30 p.m., I observed a silver Toyota pickup truck traveling on the roadway at a high rate of speed. As more of the truck came into view I noticed its tailgate was almost detached and being dragged on the road. The truck also had significant damage to the rear bumper and rear quarter panels. I signaled the truck to stop by holding my hand up, the driver (later identified as Bryan Patrick CLEM) made eye contact with me, shook his head from side to side, and continued driving. I believed the vehicle to be involved in leaving the scene of a motor vehicle accident. I returned to my marked patrol vehicle, activated the emergency overhead lights/siren and began to pursue the vehicle.

As I was catching up to the vehicle on Hot Springs Rd, I observed the tailgate of the truck was fully detached and laying in the middle of the road. At the intersection of Hot Springs Rd and Route 12, I observed several park visitors stopped in the road and the driver of one vehicle pointed west to indicate that the truck drove in that direction. I again caught up to the silver Toyota pickup and observed CLEM to be driving in excess of the posted 45 mph speed limit. I notified dispatch via radio of the license plate and description of the vehicle. I then utilized my PA speaker on my vehicle and ordered the driver to stop the vehicle. I observed CLEM continuously leaning over towards the passenger side and observed CLEM holding and taking frequent drinks from a bottle. The bottle had a large base that tapered off into a narrow neck.

CLEM continued to drive in a reckless manner swerving from side to side on the roadway, crossing the centerline and fog-line on numerous occasions and forcing oncoming traffic to move out of the way to avoid a collision. The truck accelerated rapidly creating a distance between his vehicle and my patrol vehicle, disregarding the overhead emergency signals and reaching over 80 mph as I attempted to unsuccessfully keep pace with him.

I requested dispatch put out a park wide emergency notification which was completed both over the radio and through Everbridge, as CLEM entered the area near Dugout Wells and approximately 6 miles from the Panther Junction intersection which contains a residential area, park headquarters, and a large visitors center. This area has a reduced speed limit of 30 mph and frequently has slow moving vehicles and pedestrian traffic. Earlier on the day I observed park service employees completing roadside Maintenance in this area and I became increasingly concerned for their safety as well as that of the Park's visitors.

CLEM was estimated at traveling in excess of 90 mph before temporarily losing visual sight of the vehicle. I regained a visual of the vehicle once I made it past Panther Junction and onto Route 13. CLEM continued on Route 13 for approximately 13 miles before reaching the junction of Routes 13 and 15, al the while swerving over into the oncoming lane of traffic, driving in excess of the speed limit, and drinking from the container in his vehicle.

USNPS Ranger Boatwright and Supervisory Ranger McPherson joined the pursuit. At one point CLEM stopped, then Boatright, McPherson, and I exited our vehicles with service weapons drawn, pointed at the driver, and ordered him out of the vehicle. CLEM refused to comply with our orders. He began driving again and we returned to our vehicles. Officer McPherson attempted to cut him off by going ahead of CLEM and blocking the roadway, CLEM then attempted to strike McPherson's and Boatright's patrol vehicles but swerved off the roadway and began driving off road. CLEM turned around and drove off the roadway directly towards my vehicle. As he was driving straight towards me, I could clearly see CLEM in the driver's seat. He continued directly towards me, attempted to strike my vehicle but swerved back onto the road at the last moment.

Now traveling in the opposite direction on Route 15 we neared the Burro Mesa area. A Brewster County Sheriff's Deputy approached from the opposite direction and blocked the roadway. CLEM stopped; we all exited our vehicles with weapons drawn and began negotiating with him to end the situation. I transitioned to my Taser. The driver identified himself as Bryan and he was silent for an extended period of time, began staring at us, and then stated, "he was going to kill us". He began slowly moving his vehicle forward and then drove around the BCSO patrol vehicle. He approached the Sotol Vista area at a high rate of speed and then lost control of his vehicle and struck a guardrail head on, blocking both lanes of traffic.

At the crash, I observed CLEM partially ejected out the driver's side window. He was hanging on the door frame with his head and hands out the window and feet inside the truck. The BCSO deputy and I removed him from the car and took him to the ground. CLEM actively resisted being restrained which required additional force to immobilize and eventually apply handcuffs. I used my arm to pry his right hand from the ground and bring it behind his back where I then clasped both his hands together while the BCSO put him in handcuffs. Officer McPherson assisted at this point as well.

CLEM was placed in custody at approximately 4:45 pm. I radioed dispatch for an ambulance Terlingua Fire and EMS responded. Officers rendered aid including shade and a fabric stretcher for CLEM to sit on as opposed to sitting on the hot asphalt. He refused the offer of water and bit the Styrofoam cup. TFEMS arrived and transported CLEM by ambulance to the Big Bend Regional Medical Center in Alpine, TX. He was escorted by a BP agent following the ambulance and a BCSO deputy inside of the ambulance.

A Border Patrol K9 performed a free air sniff of CLEM's vehicle and alerted to the presence marijuana. A small amount of marijuana residue was found in the center console. During a search of CLEM's vehicle an empty bottle of Vodka, and a box cutter were recovered. Dispatch advised that CLEM was reported to have run into and damaged 4 vehicles in the Hot Springs parking area and left the scene without reporting the incident. One of these vehicles was rendered inoperable leaving a family stranded at the Hot Springs on an afternoon where the temperature was in excess of 110 degrees.

*Caleb Johnston*

Caleb Johnston
Park Ranger Law Enforcement Officer
U.S. National Park Service